UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YING YEUNG, derivatively on behalf of CENTRAL EUROPEAN DISTRIBUTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM V. CAREY, DAVID BAILEY, N. SCOTT FINE, MAREK E. FORYSIAK, ROBERT P. KOCH, MARKUS SIEGER, and WILLIAM S. SHANAHAN,<br><br>Defendants,<br><br>and<br><br>CENTRAL EUROPEAN DISTRIBUTION CORPORATION,<br><br>Nominal Defendant. | Civil Action No.: 11-cv-06667-JEI-KMW<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Hoagland, Longo, Moran, Dunst & Doukas, LLP hereby enters its appearance as counsel on behalf of Defendants, William V. Carey, David Bailey, N. Scott Fine, Marek E. Forysiak, Robert P. Koch, Markus Sieger and William S. Shanahan and Nominal Defendant, Central European Distribution Corporation, in the captioned action. The attorney listed below certifies that he is admitted to practice in this Court. All papers in this action are to be served upon the undersigned at the address set forth below.

Dated:  January 31, 2012

<u>Kenneth J. Cesta, Esq. (KJC-2389)</u> /s/
HOAGLAND, LONGO, MORAN
  DUNST & DOUKAS, LLP
40 Paterson Street
New Brunswick, NJ 08901
Ph.:  (732) 545-4717
Fx.:  (732) 545-4579
kcesta@hoaglandlongo.com

*Attorneys for Defendants, William V. Carey, David Bailey, N. Scott Fine, Marek E. Forysiak, Robert P. Koch, Markus Sieger and William S. Shanahan, and Nominal Defendant, Central European Distribution Corporation*