UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

YING YEUNG.,
    Plaintiff

VS.

WILLIAM V. CAREY, et al.,

    Defendant.

11-6667

**ORDER OF RE-ASSIGNMENT**

It is on this 7th day of February, 2012 on the Courts own motion:

ORDERED that the above entitled matter is hereby re-assigned from JUDGE JOSEPH E. IRENAS to CHIEF JUDGE JEROME B. SIMANDLE.

                            s/ Jerome B. Simandle
                            **JEROME B. SIMANDLE, CHIEF JUDGE**