

30 Broad Street, 24th Floor
New York, NY 10004
T: 212-363-7500
F: 212-363-7171
www.zlk.com

W. Scott Holleman
sholleman@zlk.com

June 4, 2012

<u>VIA FACSIMILE AND FIRST CLASS MAIL</u>

Hon. Karen M. Williams
United States Magistrate Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

    Re:    *Yeung v. Carey, et al.*, Index No. 1:11-cv-06667-JBS-KMW

Dear Judge Williams:

    We represent Plaintiff Ying Yeung in the above referenced matter. Currently there is a status conference scheduled for tomorrow, June 5, 2012, at 9:30 a.m. Pursuant to communications with counsel for the defendants in this action, Plaintiffs intend to dismiss their claims without prejudice. In connection therewith, the parties anticipate filing a stipulation of dismissal within the next few days. Based on the foregoing, all parties believe that the status conference is unnecessary.

    Please do not hesitate to contact if you have any questions or concerns. I am available at the Court's convenience at (212) 363-7500.

                                                            Respectfully,

                                                          W. Scott Holleman

cc:    All counsel of record (*via electronic mail*)